# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| PARK 80 HOTELS, LLC, PL HOTELS, LLC, MAYUR PATEL, JSK EXTON LLC, JAY Z. KUBER HOSPITALITY, INC., PARMATTMA CORPORATION and SYNERGY HOTELS, LLC, PH LODGING TOMBALL, LLC, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> HOLIDAY HOSPITALITY FRANCHISING, LLC and SIX CONTINENTS HOTELS, INC. d/b/a INTERCONTINENTAL HOTELS GROUP, and IHG TECHNOLOGY SOLUTIONS, LLC, <br><br> Defendants. | Case No. 1:22-cv-03709-LMM |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Court's February 8, 2024 Order (Doc. 41), Defendants Six Continents Hotels, Inc., Holiday Hospitality Franchising, LLC, and IHG Technology Solutions, LLC move to dismiss all claims asserted in Plaintiffs' Second Amended Consolidated Class Action Complaint (Doc. 43) for failure to state a claim upon which relief may be granted. For the reasons shown in their contemporaneously filed Brief, Defendants

respectfully requests that the Court dismiss Plaintiffs' Second Amended Complaint in its entirety with prejudice.

Respectfully submitted this 14th day of March, 2024.

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Ronald T. Coleman, Jr.*
Ronald T. Coleman, Jr.
Georgia Bar No. 177655
Scott E. Zweigel
Georgia Bar No. 786616
Anne Horn Baroody
Georgia Bar No. 475569
John H. Elliott
Georgia Bar No. 350612
Promenade Tower, 20th Floor
1230 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: 404-868-2100
Facsimile: 404-868-2010
rtcoleman@bradley.com; szweigel@bradley.com
abaroody@bradley.com; jelliott@bradley.com

*Counsel for Defendants Holiday Hospitality Franchising, LLC, Six Continents Hotels, Inc. d/b/a InterContinental Hotels Group, and IHG Technology Solutions, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** upon all parties to this matter by electronically filing a copy of same with the Court's CM/ECF system, which will automatically send an electronic copy to all counsel of record.

This 14th day of March, 2024.

*/s/ Ronald T. Coleman, Jr.*
Ronald T. Coleman, Jr.